# Court of Appeals
# of the State of Georgia

ATLANTA,  June 06, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0446.  VERNON PRINCE, AGENT FOR AMY PRINCE v. GORDON RAWLS, SR., d/b/a RAWLS PAINT AND BODY SHOP.**

Gordon Rawls, Sr. d/b/a Rawls Paint and Body Shop brought an action seeking to foreclose upon a mechanic's lien that he had asserted against an automobile owned by Amy Prince.  On April 13, 2017, the trial court entered an order ruling that the lien was deemed a valid one and thus allowing foreclosure thereof.[1]

Seeking to appeal from that order, Vernon Prince, as agent for Amy Prince, filed on May 11, 2017 this discretionary application.  Prince cited OCGA § 5-6-35 (a) (6), which encompasses "[a]ppeals in all actions for damages in which the judgment is $10,000.00 or less."

It appears, however, that this case commenced as a foreclosure upon personal property; thus, it is not an "action for damages" within the meaning of OCGA § 5-6-35 (a) (6) necessitating a discretionary application.  See *Brown v. Assoc. Financial Svcs. Corp.*, 255 Ga. 457 (339 SE2d 590) (1986) (no discretionary application required where case commenced as a personal property foreclosure); *Kelly v. Pierce Roofing Co.*, 220 Ga. App. 391, 391 (469 SE2d 469) (1996) (no discretionary application required where action commenced as a materialman's lien against property).

Based upon the materials supplied with this application, the trial court's order appears to be a final, directly appealable judgment within the meaning of OCGA § 5-6-34 (a).  We will grant a timely application for discretionary appeal if the lower

---

[1] See OCGA § 40-3-54 (c) (4).

court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Prince shall have ten days from the date of this order to file a notice of appeal with the trial court. If Prince has already filed a notice of appeal in the trial court, Prince need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,   06/06/2017*
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*